IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PAUL ADAMS,

    Petitioner,

  v.

    Case No. 18-cv-947-jdp

LIZI TEGELS,

    Respondent.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent dismissing this case.

| /s/ | 4/30/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |